WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2004-KS5*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION f/k/a THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-KS5,<br><br>        Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC.; PECKHAM LANE TOWNHOUSE ASSOCIATION INC.; E.ALAN TIRAS, ESQ., solely in his capacity as trustee for PECKHAM LANE TOWNHOUSE ASSOCIATION INC.<br><br>        Defendants. | Case No.: 3:17-cv-00059-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2004-KS5 (hereinafter "Plaintiff") by and through its attorney of record, Krista J. Nielson, Esq. and R. Samuel Ehlers, Esq. of the law firm of Wright, Finlay & Zak, LLP;

Defendant, Airmotive Investments, LLC ("Airmotive"), by and through its attorney of record, Timothy E. Rhoda, Esq., of the law firm of Roger P. Croteau & Associates, Ltd., and Defendant, Peckham Lane Townhouse Association, Inc. ("HOA"), by and through its attorney of record, Christopher A. Lund, Esq., of Tyson & Mendes LLP, hereby stipulate and agree as follows:

1. The real property which is the subject of this case is commonly known as 186 Smithridge Park, Reno, Nevada 89052, APN No. 025-040-07 ("Property") and is part of the Peckham Lane Townhouse Association ("HOA");

2. Plaintiff is the holder of a first Deed of Trust securing a loan in the amount of $74,400 made on or about March 24, 2004 ("Note"), by Gary F. Blackwell and Georgina E. Blackwell ("Borrower") and recorded on March 31, 2004, in the Official Records of Washoe County, Nevada as Book and Instrument Number 3015126 ("Deed of Trust");

3. On April 24, 2013, a Notice of Default and Election to Sell was recorded against the Property by E. Alan Tiras ("Tiras"), as agent for HOA;

4. On August 1, 2013, a Notice of Foreclosure Sale was recorded against the Property by Tiras, as agent for HOA;

5. Tiras sold the Property on behalf of HOA on September 12, 2013 ("HOA Sale") to TBR, I, LLC by Foreclosure Deed recorded as Book and Instrument Number 4285733 in the official records of the Washoe County Recorder;

6. On or about February 26, 2016, TBR 1, LLC, quitclaimed its interest in the Property to Airmotive via a Quitclaim Deed recorded in the Washoe County Recorder as Book and Instrument Number 4565076.

7. On January 30, 2014, Plaintiff filed a Complaint for Quiet Title in Case Number 3:17-cv-00059 ("Action");

8. The undersigned Parties have now come to a resolution regarding their respective claims and interest in the Property;

///
///
///

WHEREFORE:

    IT IS HEREBY STIPULATED AND AGREED that the Complaint filed by Plaintiff against Airmotive and HOA is dismissed WITH PREJUDICE as to ALL REMAINING CLAIMS;

    IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation should be construed as intended to benefit any other party not identified as the undersigned Parties hereto, and in particular, shall not constitute a waiver or relinquishment of any claims by Plaintiff against Old Republic National Title Insurance Company or Borrower; and

    IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own fees and costs.

    IT IS SO STIPULATED AND AGREED.

| Dated this 22nd day of August, 2019. | Dated this 22nd day of August, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
| */s/ R. Samuel Ehlers* | */s/ Timothy E. Rhoda* |
| R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company* | Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorney for Defendant Airmotive Investments, LLC* |

Dated this 22nd day of August, 2019.

TYSON & MENDES LLP

*/s/ Thomas E. McGrath*
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
3960 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant, Peckham Lane Townhouse Association, Inc.*

**IT IS SO ORDERED: the Complaint filed by Plaintiff against Airmotive and HOA is dismissed WITH PREJUDICE as to ALL REMAINING CLAIMS.**

UNITED STATES DISTRICT JUDGE

Dated: August 22, 2019